UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDIDO TEPOX MUNIVE,

              Plaintiff,

      -against-

FURNITURE DIRECT OUTLET INC., and
RAMI ALQURAN,

             Defendants.

**ORDER OF DEFAULT**

19 Civ. 9576 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Plaintiff commenced this action on October 16, 2019 by filing the Complaint (Dkt. No. 1);

      WHEREAS Plaintiff served Defendants Furniture Direct Outlet Inc. ("Furniture Direct") and Rami Alquran on November 5, 2019 (Dkt. Nos. 7,8);

      WHEREAS an attorney for Defendants filed an answer to the Complaint on November 24, 2019 (Dkt. No. 10);

      WHEREAS said attorney subsequently requested leave to withdraw, filed a motion to withdraw, and was granted withdrawal (Dkt. Nos. 25, 27, 29);

      WHEREAS (1) the corporate defendant was informed that it would have to retain substitute counsel or face a default judgment, and (2) the individual defendant was informed that he would have to supply contact information to the Court, obey court orders, and appear for court proceedings or face a default judgment; and (3) Defendants have not met these obligations (Dkt. Nos. 26, 29);

      WHEREAS Magistrate Judge Freeman – to whom this case was referred for

general pretrial supervision – authorized Plaintiff to move for a default judgment against Defendants (Dkt. Nos. 6, 32);

WHEREAS this Court ordered Defendants to show cause on June 17, 2021 why a default judgment should not be entered against them (Dkt. No. 48);

WHEREAS Plaintiff served the Order to Show Cause on Defendants on June 1, 2021 (Dkt. No. 49);

WHEREAS Defendants filed no opposition to Plaintiff's motion for a default judgment and did not appear at the June 17, 2021 hearing;

IT IS HEREBY ORDERED that an order of default is entered against Defendants Furniture Direct and Alquran.

It is FURTHER ORDERED that this matter is referred to Magistrate Judge Freeman for a report and recommendation regarding Plaintiff's request for damages. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
June 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge