**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:     11/2/2022
```

CANDIDO TEPOX MUNIVE, individually
and on behalf of all others similarly situated,

                                        Plaintiff,                    **19-CV-09576 (PGG) (VF)**

                    -against-                                          **ORDER**

FURNITURE DIRECT OUTLET INC., and
RAMI ALQURAN,

                                        Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On June 17, 2021, the Court ordered Plaintiff to submit Proposed Findings (ECF No.

53). To the extent that Plaintiff was seeking attorneys' fees and litigation costs, the Court

directed Plaintiff to:

    a.  provide copies of Plaintiff's attorneys' contemporaneous time records, so that this

        Court may assess whether the requested fees are reasonable, see New York Ass'n for

        Retarded Children, Inc. v. Carey, 711 F.2d 1136, 1148 (2d Cir. 1983);

    b.  address the reasonableness of the hourly rates of the attorneys working on the matter

        and their support staff, see Arbor Hill Concerned Citizens Neighborhood Ass'n v.

        Cnty. of Albany, 522 F.3d 182, 190 (2d Cir. 2008); and

    c.  provide copies of invoices or other documentation substantiating the amount of costs

        that have been incurred.

See ECF No. 53 at 2. Plaintiff's Proposed Findings (ECF No. 54) does not provide any

information pertaining to attorneys' fees and costs. If Plaintiff is seeking an award of attorneys'

fees and litigation costs, Plaintiff is directed to submit supporting documentation, as outlined in

the Court's prior order at ECF No. 53, **by November 18, 2022**. Otherwise, the Court will issue a report and recommendation on the inquest without an award of attorneys' fees and costs.

**SO ORDERED.**

DATED:     New York, New York
           November 2, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge