**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CANDIDO TEPOX MUNIVE, individually
and on behalf of all others similarly situated,

                Plaintiff,                           19 **CIVIL** 9576 (PGG(VF)

      -against-                              **JUDGMENT**

FURNITURE DIRECT OUTLET INC., and
RAMI ALQURAN, as an individual,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 22, 2024, the Plaintiff is awarded $406,434.78 in damages. As set out in the R&R, post-judgment interest will be calculated from the (May 23, 2024) date of the judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. (R&R (Dkt. No. 58) at 18) Pre-judgment interest is set at the statutory rate of 9% a year on the amount of $198,217.39 from August 8, 2016, to the (May 23, 2024) date of this judgment for the total pre-judgment interest of $139,050.86. Accordingly, the case is closed.

**Dated:** New York, New York

     May 23, 2024

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                   **BY:**

                                                             **Deputy Clerk**